| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  DE MENT, IRA | 2. Court or Organization  US DIST COURT, MIDDLE DIST- AL | 3. Date of Report  6/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT JUDGE, SENIOR STAT | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  P O BOX 2149  MONTGOMERY, AL 36102-2149 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | GRANTOR TRUST |
| 2. | CO-TRUSTEE | ████TRUST |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE   2005 JUN 13  A 10: 40   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE**  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE**  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE**  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DE MENT, IRA | 6/3/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 6/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets. or transactions) | | | | | | | | | |
| 1. U.S. SAVINGS BOND #1 | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. Regions Financial Corporation, Common | A | Dividend | K | T | | | | | |
| 4. Mobile AL Wts 5.0% due 2/15/16 | B | Interest | K | T | | | | | |
| 5. Jefferson CNTY AL Brd ED Bond 5.0% due 2/15/2020 | B | Interest | L | T | | | | | |
| 6. AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 7. University AL Univ Revs Bond 5.0% due 6/1/2016 | B | Interest | | | Sell | 11/05 | K | | |
| 8. Scottsboro Ala WTS 6.0% due 7/1/19 | D | Interest | M | T | | | | | |
| 9. Evergreen Money Market Fund | A | Interest | K | T | | | | | |
| 10. Sun Life Financial | A | Dividend | J | T | | | | | |
| 11. Regions Bank Account #1 | A | Interest | K | T | | | | | |
| 12. IRA #1 | | | | | | | | | |
| 13. Evergreen Strategic EKPRX | A | Dividend | | | Sell | 05/07 | K | B | |
| 14. Evergreen FDS ECPBX | | None | | | Sell | 05/07 | J | | |
| 15. Evergreen Money Market Fund | A | Dividend | K | T | Buy | 05/07 | K | | |
| 16. …Continued | D | Distribution | | | | | | | |
| 17. …Continued | | | | | Transfer in | 08/16 | J | | |
| 18. EMC Corp Mass | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 6/3/2005 |

## VII INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Home Depot Inc. | A | Dividend | J | T | Buy | 07/30 | J | | |
| 20. Intel Corp. | A | Dividend | J | T | | | | | |
| 21. Microsoft Corp | A | Dividend | J | T | Buy | 07/30 | J | | |
| 22. Oracle Corp. | | None | | | Sell | 07/30 | J | | |
| 23. SBC Communication Corp. | A | Dividend | J | T | | | | | |
| 24. SunAmerica | | None | K | T | | | | | |
| 25. Disney Walt Company | A | Dividend | | | Sell | 02/11 | J | B | |
| 26. Solectron Corp | | None | J | T | | | | | |
| 27. American INTL Group | A | Dividend | | | Sell | 04/16 | J | A | |
| 28. Bristol Myers Squibb Co. | A | Dividend | | | Sell | 07/30 | J | | |
| 29. ChevronTexaco Corp. | A | Dividend | | | Sell | 04/16 | J | A | |
| 30. CitiGroup, Inc. | A | Dividend | J | T | Buy | 07/30 | J | | |
| 31. Duke Energy Corp. | A | Dividend | J | T | Buy | 07/30 | J | | |
| 32. General Electric Company | A | Dividend | J | T | | | | | |
| 33. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 34. Nokia Corp. Sponsored ADR | A | Dividend | J | T | | | | | |
| 35. Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 36. Target Corp. | A | Dividend | | | Sell | 10/15 | J | B | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 6/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. WesternBank PR | A | Interest | K | T | Sell | 02/18 | K. | | |
| 38. ...Continued | | | | | Buy | 02/23 | K | | |
| 39. American High Income Tr Cl F | A | Dividend | | | Sell | 05/07 | K | A | |
| 40. Coca Cola | A | Dividend | J | T | Buy | 11/17 | J | | |
| 41. National Republik Bk Cd | A | Interest | K | T | Buy | 02/23 | K | | |
| 42. Nicolet Bank | A | Interest | K | T | Buy | 02/23 | K | | |
| 43. The National BK of SC | | None | K | T | Buy | 07/30 | K | | |
| 44. Athens First Bank & Tr | . | None | K | T | Buy | 07/30 | K | | |
| 45. Davis New York Venture | A | Dividend | K | T | Transfer in | 08/16 | K | | |
| 46. Regions Bank Account #2 | C | Interest | N | T | | | | | |
| 47. Brokerage Account #2 | | | | | | | | | |
| 48. Eaton Vance National Municipals Fund | B | Dividend | K | T | | | | | |
| 49. Mobile AL WTS 5.0% due 2/15/16 | B | Interest | K | T | | | | | |
| 50. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 51. Birmingham AL Bond 5.0% due 4/1/21 | B | Interest | K | T | | | | | |
| 52. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | B | Interest | K | T | | | | | |
| 53. Scottsboro Ala Wts | B | Interest | K | T | | | | | |
| 54. Eaton Vance Marathon Tax Mngd Grwth Tr Cl B | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 6/3/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Evergreen Reserve Money Market Fund | A | Interest | J | T | | | | | |
| 56. Evergreen Money Market Fund C | A | Dividend | K | T | | | | | |
| 57. Evergreen Ultra Short C | B | Dividend | K | T | Buy | 01/09 | K | | |
| 58. Athens First Bk & Tr | | None | K | T | Buy | 07/30 | K | | |
| 59. New South 1.10% | A | Interest | | | Buy | 01/14 | J | | |
| 60. …Continued | | | | | Sell | 04/21 | J | | |
| 61. Western Bank | A | Interest | J | T | Buy | 01/09 | J | | |
| 62. AmSouth Bank Account #3 | A | Interest | J | T | | | | | |
| 63. Beneficial Interest in the ▓▓▓▓ Trust #1 | | | | | | | | | |
| 64. AmSouth Bank, Montgomery, AL | | | | | | | | | |
| 65. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 66. U.S. Savings Bonds, Series HH, various maturities | E | Interest | N | T | | | | | |
| 67. AmSouth Equity Fund | A | Dividend | L | T | | | | | |
| 68. AmSouth Municipal Bond Fund | D | Dividend | N | T | | | | | |
| 69. AmSouth Small Cap Fund | | None | J | T | | | | | |
| 70. AmSouth Capital Growth Fund | A | Dividend | K | T | | | | | |
| 71. AmSouth International Equity Fund | A | Dividend | K | T | | | | | |
| 72. AmSouth Master Money Market Account | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DE MENT, IRA | 6/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AmSouth FDS Enhanced Market Fund Cl 1 | A | Dividend | K | T | | | | | |
| 74. Regions CD #1 | B | Interest | L | T | | | | | |
| 75. AmSouth CD #2 | B | Interest | L | T | | | | | |
| 76. Grantor Trust #2 | | | | | | | | | |
| 77. Davis NY Venture Fd B | A | Dividend | K | T | | | | | |
| 78. Davis NY Venture Fd A | A | Dividend | J | T | | | | | |
| 79. Evergreen Equity Indx Cl C | A | Dividend | J | T | | | | | |
| 80. VK Emerging Grwth Cl C | | None | J | T | | | | | |
| 81. Alliance Premier Grwth Cl C | | None | | | Sell | 07/30 | J | | |
| 82. Evergreen Money Market Fund | A | Interest | J | T | | | | | |
| 83. SunAmerica Funds FOC MLT/CP VL II | | None | J | T | | | | | |
| 84. General Electric Company | A | Dividend | J | T | Buy | 07/30 | J | | |
| 85. Capital Income BLDR Fd Cl C | A | Dividend | J | T | Buy | 07/30 | J | | |
| 86. SEP #1 | | | | | | | | | |
| 87. Davis NY Venture Fd B | | None | | | Transfer out | 08/16 | J | | |
| 88. IRA #2 | | | | | | | | | |
| 89. Davis NY Venture Fd B | A | Dividend | J | T | Partial sell | 07/29 | J | A | |
| 90. Alliance Premier Growth Fund CL C | | None | | | Sell | 07/30 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 6/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Evergreen Equity Index Fd Cl C | A | Dividend | J | T | | | | | |
| 92. VK Emerging Growth Cl C | | None | | | Sell | 07/30 | J | | |
| 93. Washington Mutual Investment Fd Cl B | A | Dividend | J | T | | | | | |
| 94. General Electric Company | A | Dividend | J | T | Buy | 07/30 | J | | |
| 95. Microsoft Corp | A | Dividend | J | T | Buy | 07/30 | J | | |
| 96. Cash (X) | B | Distribution | | | | | | | |
| 97. SEP #2 | | | | | | | | | |
| 98. Davis NY Venture Fd B | | None | | | Transfer out | 08/16 | K | | |
| 99. Series HH Bonds | A | Interest | J | T | | | | | |
| 100. AmSouth Bank Account #5 | A | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DE MENT, IRA | 6/3/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ 6/3/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544